UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SUMMERHILL PARTNERS, LLC,

      Plaintiff,

v.                                      Case No. 6:17-cv-288-Orl-37GJK

TIFFANY GRIMES; and BARNARD
JORDAN,

      Defendants.
_____

## ORDER

In this purportedly removed action, *pro se* Defendant Barnard Johnson moves for leave to proceed *in forma pauperis*. (Doc. 2.) In a Report and Recommendation dated February 22, 2017, U.S. Magistrate Judge Gregory J. Kelly recommends that the Court deny the motion and remand the action for lack of subject matter jurisdiction. (Doc. 5.) Plaintiff subsequently moved for remand. (Doc. 6.) For the reasons set forth below, the Court finds that the Report and Recommendation is due to be adopted, the motion to proceed *in forma pauperis* is due to be denied, and the motion to remand is due to be denied as moot.

### I.    PROCEDURAL HISTORY

Plaintiff previously filed a complaint in state court against Defendants Tiffany Grimes and Barnard Jordan ("**Jordan**") for tenant eviction ("**State Action**"). (Doc. 3 ("**Eviction Complaint**").) On February 17, 2017, Jordan removed the State Action to this Court on the basis of federal question jurisdiction. (Doc. 1 ("**Notice of Removal**").) To

support his assertion of jurisdiction, Jordan alleges that: (1) the Eviction Complaint "intentionally fails to allege compliance with the Civil Rights Act of 1968"; (2) he has multiple habitability issues; and (3) the State Action involves issues of discrimination. (*Id.* ¶ 6.) Jordan simultaneously moved to proceed *in forma pauperis*. (Doc. 2 ("**IFP Motion**").) The IFP Motion was referred to U.S. Magistrate Judge Gregory J. Kelly for a Report and Recommendation ("**R&R**").

On February 22, 2017, Magistrate Judge Kelly issued an R&R, in which he made the following findings: (1) the Complaint is a straightforward action to evict Defendants for the failure to pay rent; (2) the eviction process for failure to pay rent is governed by state law; (3) no federal question exists on the face of the Complaint; and (4) in the absence of any federal question, the Court lacks jurisdiction. (Doc. 5 ("**R&R**").) Based on these findings, Magistrate Judge Kelly recommends that the Court deny the IFP Motion and remand the case to state court. (*Id.*) Neither party objected to the R&R, and the time for doing so has now passed.

## II.   STANDARDS

When a party files written objections to the proposed findings and recommendations in a magistrate's report, the district court must make a de novo determination of the portions of the report to which an objection is made. 28 U.S.C. § 636(b)(1). But when a litigant fails to file specific objections to the magistrate's factual findings, the district court is not required to review such findings de novo. *Garvey v. Vaugh*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). Rather, in the absence of objections, the district court reviews a magistrate's report and recommendation for clear error. *Wiand v.*

*Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Marcort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006) ("Most circuits agree that in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.")

## III.   CONCLUSION

In the absence of objections, the Court has reviewed the R&R for clear error. In doing so, the Court concludes that the findings and recommendations set forth in the R&R are supported and warranted by the record. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.   U.S. Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 5) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2.   Defendant Barnard Jordan's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) is **DENIED**.

3.   This action is **REMANDED** to the Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida.

4.   Plaintiff's Motion to Remand and Memorandum of Law (Doc. 6) is **DENIED AS MOOT**. As such, Plaintiff's embedded motion for attorney fees and costs is also **DENIED**.

5.   The Clerk is **DIRECTED** to terminate all pending motions and close the case.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 15, 2017.



ROY B. DALTON JR.
United States District Judge

Copies to:

Counsel of Record

*Pro Se* Parties

The Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida